UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60608-CIV-DIMITROULEAS

NICHOLAS PAGAN,

      Plaintiff,

vs.

WEST BROWARD DENTAL
ASSOCIATES PLLC,

      Defendant.

_____/

### ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Notice of Dismissal With Prejudice [DE 8] (the "Notice"), filed herein on April 28, 2025. The Court has carefully considered the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.      The Notice [DE 8] is hereby **APPROVED**;

2.      This action is **DISMISSED** with prejudice;

3.      The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 28th day of April, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record